Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVEN D. HARRIS,

    Plaintiff,

  v.

THE BOEING COMPANY,

    Defendant.

C10-0416-JCC

**MINUTE ORDER**

    This minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

    This matter comes before the Court upon the parties' notice of having participated in a mediation conference. (Dkt. No. 17). Because the parties report that the matter is now resolved, the Court hereby STRIKES Defendant's pending motion for summary judgment (Dkt. No. 13) as moot.

    The Court also ORDERS the parties to file a joint status report by no later than Friday, March 11, 2011. The parties need not file the joint status report if they have filed a joint motion for dismissal.

//

1  //

2

3               DATED this 28th day of February, 2011.

4

5                       WILLIAM M. McCOOL, Clerk of Court

6

                               By  /s/ T. Farrell
7                                      Deputy Clerk

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  MINUTE ORDER, C10-0416-JCC
    Page 2